## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**SURETEC INSURANCE COMPANY,**

      **Plaintiff,**

**v.**                                          **Case No: 6:15-cv-1061-Orl-28TBS**

**A&M SI CONSTRUCTION COMPANY,**
**LLC, COBRA, LLC, CASPIAN REAL**
**ESTATE HOLDINGS, LLC and**
**CHRISTINA ANN BUCHAN,**

      **Defendants.**

---

## ORDER

This case is before the Court on the Motion for Default Final Judgment (Doc. No. 21) filed by Plaintiff.  The assigned United States Magistrate Judge has submitted a Report (Doc. 29) recommending that the motion be granted.

After review of the record in this matter, and noting that no objections have been filed, the Court agrees with the findings and conclusions in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation (Doc. No. 29) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Motion for Default Final Judgment (Doc. No. 21) is **GRANTED**.

3.    The Clerk is **DIRECTED** to enter judgment for Plaintiff against Defendants A&M SI Construction Company, LLC, Cobra, LLC, Caspian Real Estate Holdings, LLC, and Christina Ann Buchan, jointly and severally, in the amount of $303,415.20.

4.    The Clerk is **DIRECTED** to close this case.

5.  In accordance with Local Rule 4.18(a), Plaintiff may file a motion for attorney's fees and costs not later than fourteen days following the entry of judgment.

**DONE** and **ORDERED** in Orlando, Florida, on October 30, 2015.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Parties

2